G. ROXANNE ELINGS
GREENBERG TRAURIG, LLP
200 Park Avenue, 34th Floor
MetLife Building
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
elingsr@gtlaw.com

Attorney for Plaintiffs
ZAZENDI, LTD. and SUSAN FISHER



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ZAZENDI, LTD. and SUSAN FISHER, <br><br> Plaintiffs, <br><br> v. <br><br> POTTERY BARN, INC. and WILLIAMS-SONOMA, INC., <br><br> Defendants. | Civil Action No. <br><br> CIV. ACTION NO.: <br><br> **PLAINTIFF ZAZENDI, LTD. RULE 7.1 CERTIFICATION** |

Pursuant to Fed. R. Civ. P. 7.1, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Zazendi, Ltd., a private non-governmental party, certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which is not publicly held.

Dated: July 3, 2008                    Respectfully submitted,

                                       GREENBERG TRAURIG, LLP

                                       By: /s/ Roxanne Elings

                                       G. Roxanne Elings (GE 8321)
                                       200 Park Avenue, MetLife Building
                                       New York, NY 10166
                                       (212) 801-9200
                                       *Attorney for Plaintiffs Zazendi, Ltd. and*

NY 238,844,696v1 7-3-08