| Attorney or Party without Attorney: <br> G. ROXANNE ELINGS <br> GREENBERG TRAURIG LLP <br> 200 PARK AVENUE <br> METLIFE BUILDING <br> NEW YORK, NY 10166 <br> Telephone No: 212-801-9200    FAX No: 212-801-6400 <br><br> Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court, Southern District Of New York |

Plaintiff: ZAZENDI, LTD., ET AL.
Defendant: POTTERY BARN, INC., ET AL.

| PROOF OF SERVICE <br> SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 08CIV6147 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; PLAINTIFF ZAZENDI, LTD. RULE 7.1 CERTIFICATION

3. a. Party served:          WILLIAMS-SONOMA, INC.
   b. Person served:         BECKY DEGEORGE, CSC LAWYERS INCORPORATING SERVICE,
                             REGISTERED AGENT. SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:    2730 GATEWAY OAKS DR.
                                          SUITE #100
                                          SACRAMENTO, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jul. 29, 2008 (2) at: 2:41PM

7. Person Who Served Papers:
   a. JONATHAN SHISLER

   First Legal Support Services
   ATTORNEY SERVICES
   1814 "I" STREET
   Sacramento, CA 95814
   (916) 444-5111, FAX 443-3111

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:    2008-10
      (iii) County:               Sacramento

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Thu, Jul. 31, 2008

(JONATHAN SHISLER)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

4150329.roel.150518

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

ZAZENDI, LTD., a New York limited liability company,
and SUSAN FISHER,

                Plaintiffs,

-against-

POTTERY BARN, INC., a California corporation,
and WILLIAMS-SONOMA, INC., a California corporation,

                Defendants.

**SUMMONS IN A CIVIL CASE**
CASE NUMBER:



08 CIV 6147

TO:   SEE ATTACHED RIDER

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

G. Roxanne Elings, Esq.
Greenberg Traurig LLP
200 Park Avenue, 34th Floor
New York, New York 10166
(212) 801-9200
(212) 801-6400

an answer to the Complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

DATE   JUL 03 2008

(BY) DEPUTY CLERK

NY 238580008v1 11/6/2007

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |
| Check one box below to indicate appropriate method of Service ||

☐ Served personally upon the defendant. Place where served:_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of Person with whom the summons and complaint were left:_____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | **DECLARATION OF SERVER** | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____         _____
                              Date                                                            Signature of Server

_____
Address of Server

---

[1]   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

NY 238580008v1 11/6/2007

## RIDER

Pottery Barn, Inc.
3250 Van Ness Ave.
San Francisco, CA 94109

Williams-Sonoma, Inc.
3250 Van Ness Ave.
San Francisco, CA 94109

*NY 238580008v1 11/6/2007*