KAPLAN, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

Zazendi, Ltd, et ano.,

        Plaintiff(s)

        V.                     08-cv-06147(LAK)

Pottery Barn, Inc., et ano.,

        Defendant(s).
------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/08

## Consent Scheduling Order

Upon consent of the parties, it is hereby

ORDERED as follows:

1. No additional parties may be joined after October 10, 2008

2. No amendments to the pleadings will be permitted after October 10, 2008

3. Fact discovery shall be completed by December 1, 2008

4. The parties shall make required Rule 26(a)(2) disclosures with respect to:

    (a) expert witnesses on or before December 20, 2008

    (b) rebuttal expert witnesses on or before January 15, 2009

5. All discovery, including any depositions of experts, shall be completed on or before January 30, 2009

6. A joint pretrial order in the form prescribed in Judge Kaplan's individual rules shall be filed on or before February 11, 2009

7. No motion for summary judgment shall be served after the deadline fixed for submission of the pretrial order. The filing of a motion for summary judgment does not relieve the parties of the obligation to file the pretrial order on time.

8. If any party claims a right to trial by jury, proposed voir dire questions and jury instructions shall be filed with the joint pretrial order.

9. Each party or group of parties aligned in interest shall submit not less than ten (10) days prior to trial (a) a trial brief setting forth a summary of its contentions and dealing with any legal and evidentiary problems anticipated at trial, and (b) any motions in limine.

NY 239.098.486v1

10. This scheduling order may be altered or amended only on a showing of good cause not foreseeable at the date hereof. Counsel should not assume that extensions will be granted as a matter of routine.

Dated: 9/2/08

Lewis A. Kaplan
United States District Judge

CONSENTED TO:

G. Roxanne Elings
GREENBERG TRAURIG, LLP
200 Park Avenue, 34th Floor
MetLife Building
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
elingsr@gtlaw.com

Attorney for Plaintiffs
ZAZEND, INC. and SUSAN FISHER

Gregory S. Gilchrist
TOWNSEND AND TOWNSEND AND CREW, LLP
Two Embarcadero Center
Eighth Floor
San Francisco, CA 94111

Attorney for Defendants
POTTERY BARN, INC. and WILLIAMS-SONOMA, INC.

NY 239,098,488v1